United States District Court
Newark

Docket # 13-4417 in conjunction with Docket # 15-1326 and 15-1345 and Docket # 15-02465 and Docket # 13-4134, 13-02437, 13-4829, 13-66, 13-02787, 13-4973, 13-4975, 13-885 and 13-4963

June 17th, 2015

In Reference Matthew Tucker Senior

Notice and notice that Matthew Tucker Senior server notice on Mr. John Hoffman acting his attorney general and Mr. [illegible] Lynch united states attorney general in reference Matthew Tucker Senior provider [illegible] of [illegible] habeas corpus petition dated November 9, 2014 that was [illegible] in district [illegible] Matthew Tucker 28 U.S.C. 13-4417 28 U.S.C. statute 2254 and 28 U.S.C. statute 2254(b)(1) [illegible] where Matthew Tucker Senior [illegible] acknowledge herein that Matthew Tucker Senior [illegible] [illegible] mistake in [illegible] that he was found not guilty by reason of insanity on April 14 1990 or October 22, 23, 1991 where

(1)

herein Matthew Tucker Senior
and all those Dates and states
that Matthew Tucker Senior was
found not guilty by Reason
of Insanity on April 14 1989 or
October 22 23 1990 in the
Superior Court newark
New Jersey by the Hon. Julius
Feinberg, Superior Court Judge..
where Matthew
Tucker Senior previously and
herein motion this Court and
to finding probable cause against
the Hon. Claire C. Cecchi
united states District Court
District of newark, New Jersey that on
April 11 2014 and December
22 2014 the Hon. Claire C.
Cecchi abuse her Duty and
authority by entering her
memorandum and opinion
and orders on April 11 2014
and December 22 2014 since
the Hon. Claire C. Cecchi
had no legal authority to
act in the cases herein
cited on page (1) one
because Matthew Tucker
Senior did not file his
motion for leave to
file Matthew Tucker Senior
motion and complaints and
legal arguments and

Letters and notices and claims and Petitions in Reference the cases herein cited on page (1) one herein until April 1 2015 [illegible] June 17, 2015 pursuant to the Hon. John Bissell [illegible] order entered in Docket 02-4667 on November 14, 2002 [illegible] Walsh and the [illegible] Court should [illegible] legal and federal constitutional authority against the actions taken by the Hon. Claire Cecchi on April 11, 2014 and December 22, 2014 as being a deliberate unconstitutional and illegal tactic to circumvent Relief being [illegible] in favor of [illegible] Dockets 13-4417, 13-664, 13-4963, 13-4953, 13-4925, 13-03787, 13-02434, 13-4829, 13-4134, 13-885 [illegible] (1st) first [illegible] (2nd) [illegible] and (14th) fourteenth amendments rights of [illegible] incorporated in the United States Constitution and Bill and Civil and fundamental Rights 28 U.S.C. Statute 1331 and

therefore the actions and inactions taken by the Hon. Claire C. Cecchi in the cases herein cited on page (1) one herein cause Matthew Tucker Senior to suffer egregious cruel and unusual punishment between January 2, 2013 through June 17, 2015 and counting contrary to the (8th) eighth Amendment to the United States Constitution depriving Matthew Tucker Senior of timely relief in the cases herein cited on page (1) one herein contrary to civil and criminal federal statutes 28 U.S.C. Section 1331 and Harlow v. Fitzgerald, 457 U.S. 800 (1982) and Haines v. Kerner and Pearson v. Callahan, 129 S.Ct. 808 (2009) and Conrad Hospital v. Superior Court 16 Cal. Rptr. 2d 833 (Cal. App. 1993) and therefore this court federal court should order that the rulings and orders entered by the Hon. Claire C. Cecchi on April 11, 2014 and December 22, 2014 be vacated and void for being without legal or federal constitutional authority

to standup in a court of law federal court and therefore the 13 circuit court of Matthew Tucker Senior cases cited herein on page (1) one should start on top with the Hon. Claire C. Cecchi never entered her memorandum opinion and orders on April 11, 2014 and December 22 2014 and protect Matthew Tucker Senior due process and equal protection of the law rights in setting papers against respondents-defendants named in the cases herein cited on page (1) one by Matthew Tucker Senior this 17th day of June 2015.

Nixon v. Fitzgerald 457 U.S. 800 (1982). Respondents-defendants were sued and named in the cases herein cited on page (1) one between January 1998 through June 17, 2015 and continuing by Mr. Matthew Tucker Senior pursuant to Nixon v. Fitzgerald and federal rules civil and criminal procedures and civil and criminal statutes to hold all respondents-defendants

(B)

are illegal criminally liable and accountable as sought by matthew Tucker Senior of against any named and agent against Respondents Defendants named matthew Tucker Senior in the case to herein cited on page one herein..

## Certificate of Service

That the original pleadings have been furnished by me with a copy of [illegible] Court [illegible] District of New Jersey, Newark, N.J., and copies to [illegible] June 2015 [illegible] Attorney General [illegible] [illegible] John [illegible] F.B.I. Director [illegible] Attorney General [illegible] by me, matthew Tucker Senior, Greystone Hospital [illegible] Ave, [illegible] Morris Plains, N.J. 07950..

Respectfully,

Mr. Matthew Tucker Senior

Mr. Matthew Tucker Senior

[illegible] Hospital
59 Koch Ave, Wing-E2
Morris Plains, NJ, 07950

RECEIVE

JUN 23 2015

AT 8:30
WILLIAM T. WAL

Mr. William T. Walsh
Clerk of Court
United States District of Court
District of New Jersey
50 Walnut St.
Newark, New Jersey 07101