United States District Court
Newark

Dock # 13-4417 in
Conjunction with Dock # 15-1326
and 15-1345 and Dock # 15-02465
and Dock # 13-4134, 13-02437,
13-4820, 13-66, 13-02787, 13-4673,
13-4975, 13-885 and 13-4863

June 18, 2015

In reference Matthew Tucker Senior

Notice

U.S. CLERK DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2015 JUN 23

Notice on page one (1), in the
process of this response, application
of notice, #13-4417 on notice of
the clerk of court, William T.
Walsh, clerk of court, Matthew
Tucker Senior mistakenly
wrote on page (1) one, in his
application, of #13-4417 application for writ of
the writ of corpus, was writ of
September 9, 2014, when Matthew Tucker
Senior here in referred to, as name
was the certificate of service dated June 15, 2015
by mailing instead of the date
it should be September 9, 2014, in
our writ September 29, in
application of habeas corpus
supplemental was sought
(1)

File pursuant to Tucker vs.
Walsh Docket #02-4662 Order
entered by Hon. Chief Judge
Bissell on November 19, 2002
wherein all prior 29(a) through
18, 2015 and all prior motions
motions for leave to file an
Matthew Tucker Senior cases
herein cited on page(s) one
presently pathering in well
District Court of the United States
for which the election and
for leave to file motions
Tucker Senior cases Matthew
of venue are granted should be
Matthew Tucker Senior cases change
cases herein cited on page(s)
one herein.

Holmes vs. Kerner and
28 U.S.C. Statute 1331 and
Federal Rules of Civil and
Criminal Procedures and
Federal Civil and Criminal
Statutes to hold all
Respondents-Defendants
civilly and criminally liable
and accountable as sought
by Matthew Tucker Senior in
Federal jury's jurisdiction and
state courts' jurisdiction between
January 1998 through
June 18, 2015 and counting.

(2)

Harlow vs. Fitzgerald, 457 U.S.
800 (1982) and Pearson vs. Callahan,
129 S. Ct. 808 (2009) and 28 U.S.C.
statute 4601 and 1331...

## Certificate of Service

That the original pleadings and
notice has been furnished Mr.
William T. Walsh, Clerk of Court, U.S.
District Court, District of N.J.,
Newark, NJ on this 18th day of
June 2015 and copy to the Attorney
of Record and such as: Attorney
of Record, Director of the House
of John Boehner, Speaker of the
House, U.S. Congress, the
Capital, Washington, D.C. 20515 and
Mr. John Hoffman, Acting N.J.
Attorney General, and copy by me,
Steve Perskie, Esq. in Greystone
Legal Department, and copy by Mr.
Hospital, and copy of this by Mr.
Matthew Tucker Senior, DA Koch
Greystone Hospital, Morris Plains,
N.J., Wing E. and ........

Respectfully,
Mr. Matthew Tucker/Senior
Mr. Matthew Tucker Senior

(3)

