United States District Court
Newark

Docket #15-4433 in conjunction with Docket #15-1345 And Docket # 15-1376 And Docket # 15-02465 And Docket # 13-4417 And Docket # 15-4433 And Docket # 13-66, 13-4134, 13-4963, 13-4973, 13-4978, 13-4829, 13-885, 13-02437, 13-02587 And Docket # 01-4414 in Reference Matthew Tucker Senior in this Court U.S. District Court District of New Jersey, Newark, N.J. ...

July 8, 2015

In Reference Matthew Tucker Senior

Notice

A notice is given this Court to consolidate and adjoin Matthew Tucker Senior Pro se Application [illegible] July 7 2015 A notice that [illegible] submitted by [illegible] Hon. Joseph C. Cassini, III to the Court [illegible] Essex Co. Court Superior Bldg. [illegible] Newark, N. [illegible] in Docket # MS-4311-90 And [illegible] 2015 [illegible] Certificate of Service [illegible] Hon. Joseph [illegible] 2015 [illegible] construe as evidence against

U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED 2015 JUL -8

the state of New Jersey [illegible] et al. in the case herein Defendants party(s) one herein [illegible] Tucker Senior [illegible] Matthew this Federal Court to [illegible] for Matthew Tucker Senior to accept for not exhausting state [illegible] state court remedies for relief concerning Matthew Tucker Senior federal law claims for relief in Federal claims court pursuant to 28 U.S.C. 1651 and 1331 and 28 U.S.C. statute 2254 and 2254(b)(1) a petition for writ of habeas corpus and petition for writ of prohibition and petition for writ of mandamus and complaints and motions arguments and legal [illegible] in the case herein [illegible] this matter dated July 8, 2015.

Where Matthew Tucker Senior herein motion this court to accept the July 7, 2015 notice herein attached [illegible] and [illegible] evidence to Tucker Senior claims Matthew relief for the federal court for accept complaint court to reference Matthew Tucker Senior petitions in 28 U.S.C. statute pursuant to 2254(b)(1) Harlow v. Fitzgerald, 457 U.S. 800 (1982)...

motice for this Federal Court to Review and consider any Peoples Application (submissions) submitted for Filing in the case herein cited on page (1) one for general idea of the judicial of the aggression magnitude and discriminatory and wanton and unconstitutional and illegal deprivations that Respondents Defendants caused Matthew Tucker Senior to suffer contrary to civil and criminal Federal statutes where appropriate to hold any Respondents and Defendants civilly and criminally liable and also as sought by Matthew Tucker Senior between January 1988 through July 8, 2015 and continuing in state and Federal jurisdictions for relief to be granted Matthew Tucker Senior pursuant to Matthew Tucker Senior Federal law claims raised for relief in state and Federal jurisdictions between January 1988 through July 8, 2015 and continuing 28 U.S.C. statute 1331 and Pearson vs. Callahan 129 S.Ct. 808 (2009)... Therefore

Relief sought by Matthew Tucker Senior in the Court herein after pursuant to 28 U.S.C. statute 2254(b)(1) should be granted against the State of New Jersey et al. Youngberg v. Romeo, 457 U.S. 307 (1982) and DeShaney v. Winnebago Co. Dept. of Social Services, 489 U.S. 189 (1989). Where the State of New Jersey and the Public Defender had a Duty and obligation pursuant to Federal Law and Federal Constitution to have protected and shielded Matthew Tucker Senior from imminent harm (danger) and violations of Matthew Tucker Senior Federal Law and Federal Constitutional and Bill and Civil and also fundamental Rights in State and Federal Jurisdictions between September 1988 through July 2015 and continuing. 28 U.S.C. statute 1331

# Certificate of Service

That the original notice and motion has been furnished Mr. William T. Walsh, Clerk of Court, United States District Court, District of New Jersey, [illegible] through [illegible] notice only [illegible] July 2015 [illegible] application [illegible] July 8, 2015 [illegible] a copy of the [illegible] July 7, 2015 [illegible] notice has been [illegible] U.S. Attorney General [illegible] and James Comey [illegible] and Mr. John [illegible] Director, Acting New Jersey [illegible] Attorney General [illegible] July 2015 [illegible] has been served by copy of the notice submitted [illegible] to the Hon. Joseph [illegible] by Mr. Matthew Tucker Senior [illegible] July 7, 2015 and [illegible] July 8, 2015 [illegible] applications [illegible] Buchanan [illegible] Morris Plains, N.J. 07950.

Respectfully,

Mr. Matthew Tucker Senior

Mr. Matthew Tucker Senior

Superior Court of New Jersey
Newark
Docket# mk-431-90

State of N. Jersey
vs.
Matthew Tucker Senior

July 7th, 2015

notice

notice is given this Court the Hon. Joseph C. Cassini, III Superior Court Presiding Judge in Docket# mk-431-90 on notice the Hon. Patricia K. Costello Assignment Judge, Superior Court Newark N. Jersey on notice Mrs. Carolyn Murray Acting Essex County Prosecutor on notice Mr. Thomas McGuire on notice Mr. John Hoffman New Jersey Attorney Acting [illegible] Attorney General on notice Paul J. Fishman United States Attorney District of New Jersey on notice Mr. James Comey F.B.I. Director on notice all parties that Matthew Tucker Senior in Docket# 13-4417 [illegible] prove involved the United States

Federal Court pursuant to 28 U.S.C. Statute 2254(b)(1) against the State of New Jersey Superior Court Newark New Jersey for their illegal and unconstitutional Refusal and Denial to allow Matthew Tucker Senior to be able to timely exhaust Federal Law claims raised by Matthew Tucker Senior on the grounds that the State of New Jersey violated Matthew Tucker Senior Federal Law and Federal Constitutional and Bill and Civil and Fundamental Rights by illegally Arresting and Prosecuting and Continuing Matthew Tucker Senior between September 1988 through July 1, 2015 and Continuing in Docket No. 88-431-90 by [illegible] Superior Court [illegible] Docket No. 88-431-90 between September 1988 through July 7, 2015 and Continuing.

Where since Matthew Tucker Senior have presented viable and coherent and meritorious claims against Matthew Tucker Senior Appointed Public Defenders of Record on Docket No. 431-90 that they illegally and unconstitutionally afforded Matthew Tucker Senior inadequate Assistance

of Counsel and ineffective assistance of Counsel at arrest pre-trial and trial and post-trial and appeal proceedings in Docket # mj-4131-90 that between January 1990 through July 7 2015 and Continuing through Matthew Tuchter senior believe and knew [illegible] he was going to be [illegible] by State or Federal Court for the illegal and unconstitutional and [illegible] of the Public Defender [illegible] Federal [illegible] and the state of New Jersey [illegible] to date Matthew Tuchter senior in Docket # mj-413 1990 between September 1988 through July 7 2015 and Continuing, Matthew Tuchter senior has [illegible] to take upon himself to represent Matthew Tuchter senior pro se before this Court [illegible] superior Court [illegible] superior Docket # mj-4131-90 and in the state of New Jersey and since placed an illegal and unconstitutional road blocks to stop Matthew Tuchter from representing [illegible] Docket # mj-4131-90 Rule Paragraph [illegible] 24-7 [illegible] which Matthew Tuchter senior has argued in Docket # mj-4131-90 between January 1990 through July 7, 2015 and

[illegible]

United States District Court of New Jersey in Newark in Docket No. 13-4417 and Docket No. 01-4414 between January 2001 through July 7, 2015 Complaint and Petition of Habeas Corpus and Petition for Writ of Mandamus and Prohibition and Interference since the Hon. Joseph C. Cassini III and past Superior Court Judges who had and is presiding over Docket No. MH-431-98 have illegally and unconstitutionally and systematically denied and deprived violated Matthew Tucker Singer of federal constitutional rights to be able to exhaust state of New Jersey state court remedies of relief which the State of New Jersey courts and the public defender knowingly conspired together to [illegible] Singer Matthew [illegible] other [illegible] [illegible] attorney [illegible] relief sought [illegible] in Docket No. [illegible] Senior pro se in Docket No. MH-431-98 between January 1998 through July 7, 2015 continuing contrary to federal and [illegible] criminal statutes and interference since the Superior Court [illegible] the [illegible] in Docket No. [illegible] in Newark in between January [illegible] MH-431-98 through July 7, 2015 and

[illegible] how contrary to matthew tucker senior [illegible] federal constitutional [illegible] civil [illegible] fundamental rights [illegible] decision [illegible] matthew tucker [illegible] federal habeas [illegible] senior [illegible] matthew tucker senior [illegible] where federal habeas claims raised against the state of new jersey pursuant to [illegible] 2254(b)(1) [illegible] docket [illegible] 01-4417 [illegible] 13-4417 [illegible] matthew tucker senior [illegible] reasons [illegible] not exhausting [illegible] state court remedies [illegible] before seeking [illegible] federal court [illegible] relief [illegible] claim [illegible] court [illegible] the parties named [illegible] herein this [illegible] constitutional [illegible] the state of new jersey [illegible] the public defender [illegible] illegally caused matthew [illegible]

To other senior to suffer unwarranted, illegal confinement, illegal forcing medicated [illegible] to be injected psychotropic drugs and [illegible] psychological distress [illegible] mental anguish [illegible] inadequate [illegible] assistance counsel [illegible] ineffective assistance of counsel and failure [illegible] denial and refusal [illegible] property government [illegible] employee [illegible] not to [illegible] report [illegible] to protect from imminent harm and continuous [illegible] in the state of [illegible] and the united states, citing Youngberg v. Romeo and DeShaney v. Winnebago Co. Dept. of Social Services and Harlow v. Fitzgerald [illegible] (1982) and Pearson v. Callahan 129 S.Ct. 808 (2009) once [illegible] other senior liberty was taken away [illegible] between September 1988 through [illegible] 2013 and continuing. 28 U.S.C. Section 1331

Therefore notice is given that Matthew Tolles Petitioner petitions herein cite notice pursuant to that the pleadings and docket file 13-4417 and 15-4433 and Docket 01-4414 pleadings should transfer this Federal Court to an appeal Matthew Tolles Petitioner pursuant to the reasons afforded and given process Matthew hearing in Docket 13-4417 and Docket 01-4414 and 13-466 and 13-02437 and 13-02787 pursuant to 28 U.S.C. statute 2254 and 2254(b)(1) and 28 U.S.C. statute 1331 et al., Harlow v. Fitzgerald, 457 U.S. 800 (1982) and Pearson v. Callahan, 129 S. Ct. 808 (2009). Youngberg v. Romeo, 457 U.S. 307 (1982) and DeShaney v. Winnebago Co. Dept. of Social Services, 489 U.S. 189 (1989) and Moore v. Briggs, 381 F.3d 771 (8th Cir. 2004).

The Public Defender and the State of New Jersey knowingly conspired unconstitutionally illegally deprive and deny rights and violated Matthew due process and equal protection of the law and Rights to Redress in Docket 15-4433 ... 2015 and ...

Certificate of Service

That the original notice has been furnished the Honorable Joseph C. Cassini, III Judge [illegible] Superior Court 50 West Market St. Essex Co. Courts Bldg. Newark New Jersey 07102 and copy to Ms. Carolyn Murray [illegible] Essex Co. Prosecutor [illegible] New Jersey [illegible] Attorney General [illegible] Director [illegible] Attorney [illegible] on [illegible] Chief Justice [illegible] Supreme Court [illegible] Mr. Matthew [illegible] Senior [illegible] [illegible] New Jersey [illegible]

Respectfully,

Mr. Matthew Tucker Senior

Mr. Matthew Tucker Senior

(9)