United States District Court
Newark

Docket #15-1376 in
conjunction with Dckt #
15-4433 and 15-1345 and 15-02465,
and Docket #13-4417 and 13-66,
13-4134, 13-02437, and 13-02787,
13-885, 13-4820, 13-4963, 13-4673,
13-4875 in Reference matter
I will sin or in this court,
United States District Court,
District of New Jersey in Newark,

notice and notice supplemental
motion to file complaints, et al.
(2nd) in reference on motion
reopen cases in reference the
illegal and unethical and
unconstitutional and also
discriminatory and malancous
opinions and orders entered
by the Hon. Claire C. Cecchi on
April 17th 2014 and December 22,
2014 in the cases relating to
exc [of] Dockt #15-1376 and 15-1345
15-1345 and 15-02465 and
15-4433 on notice and notice
supplemental motion for
the federal court of legal and
constitutional jurisdiction to
reconsider and reconsider the
Cecchi orders re:dismissing et al.
re-amending complaints and relief
granting and denying other
relief and granting...

(1)

RECEIVED
JUL 20 2015
AT 8:30 M
WILLIAM T. WALSH, CLERK

Matthew Tucker Sen. Jr, pro se
motions to proceed in forma
pauparis on April 11, 2014 on
motion in reply for this
Matthew Tucker Jr enter an
a new order granting in forma
pauparis in all cases
herein after on prell(1) one
in favor of Matthew Tucker
senior on the prellhohsor
grounds raised by Matthew
Tucker Sen Jr, pro se
motions to proceed in forma
pauparis and application of
forder                submitted for
filings in the cases herein
either on prell(1) one on
overturned in choal
grounds for this federal
court to grant in forma
pauparis status in Dkt# #
15-1345 and 15-62460, and
15-1376, and 15-4433 along
with the rest of Matthew
Tucker's in all cases all on
well non prell(1) one
grounds

That the Hon. Claire C. Cecchi,
United States Distr of Court Judge,
Newark New Jersey on April 14,
2014 and December 22, 2014
illegally and unconstitutionally
unconstitutional and
orders improperly granted forma
pauparis status to Matthew
Tucker Sr, contrary and in
violation of the requirements
order entered by the Honorable,
(1-A)

John Bissell, chief judge, united
states district of court Newark, N.
filed by order dated on November
14, 2002, in Docket #02-4667, since
the Hon. Claire C. Cecchi, had
chosen to whose upon review of
records in the cases hearings
she had not petitioned the court for
leave to file matthew tucker
as a respondent is a rule no order
has been enforced ordering the
complaint of matthew tucker sr.
matthew tucker sr. to be. William
T. Walsh, clerk of court u.s.
district of court Newark N.J. State
who was absent and also
knowledgeable of the order
advised by chief judge John
Bissell in a letter in walsh
in order #02-4667 order
dated November 14, 2002
and order has been
enforced by the Hon. Claire
C. Cecchi, ordering the filings
of matthew tucker sr.
complaints between January
2, 2013 through December 22,
2014, the order would be
directly enforced because
matthew tucker sr. never
petitioned the court until
March 2015 seeking leave
for this court to grant
matthew tucker sr. leave
to have the clerk of court,
me, William T. Walsh to o

File of all matters w/ Judge (Walsh) motions, complaints and/or supplemental complaints submitted to this court between January 2, 2013 through July 2015 submitted for filing in the cases herein as cited on page (1) one herein . . . Therefore the Hon.

Claire C. Cecchi, in view of above have Judge J. the Hon. Jose Cacy to review . . . I, Walsh has professionally . . . nowhere in the order entered by the Hon. Judge John Bissell & let Judge John Bissell Judge W. Walsh + on November 13, 2002 in Docket 02-4667 that he see any Judge of the U.S. States of the U.S. Courts District of N.J. I herewith herein herewith herein the . . . Court . . . have authority to rule on matter new Judge, motion to proceed in forma pauperis & new matter new Judge JR.

Complaints . . . in the courts herein cited by matter new Judge JR, Judge Claire C. Cecchi, in view that matter new Judge JR has to in fact comply with the November 14, 2002 order entered in Judge WAL SR (ret.) + Walsh Docket # 02-4667 in his departure from order and memorandum conclusions entered by the Hon. Claire C. Cecchi, on

(4)

Therefore an previously and
herein relief sought by
matthew tucker senior in the
cases herein cited on page(1) one
herein upon this relief
court reopening the cases and
granting matthew tucker
senior motions to file an
matthew tucker senior pro se
(maisner v kernel) motions
and Complaints, et. al. in the
cases here in cited on page(1)
one sought file pursuant
to 5. rule as was Docket #
02-4667 order entered on
november 14, 2002 by the
Hon. John Bissell, Chief
Judge, US. District Court
Nevack N Jersey where
matthew tucker senior
complied with the november
14, 2002 order entered in
Docket #02-4667 between
march 2015 through july 14,
2015, in relation the
cases here in cited on
page(1) one. Therefore
the memorandum opinions
and orders entered by Hon.
Claire C. Cecchi on April 11,
2014, and December 22, 2014
should be vacated void and
and vacated as being
without legal standing
and in violation of the Hon.
Chief Judge John Bissell's
order dated november 14,
2002, in Docket #02-4667..

(4-A)

Certificate of Service

That the original pleadings has
been furnished by Mr. William J.
Walsh Clerk of Court, U.S. District
Court District of New Jersey, Newark, N.
J. Clerk this 16th to 20 July 2015, n.
with a Copy to Mrs. Loretta Lynch,
U.S. States Attorney General Co
Mr. Paul J. Fishman, U.S.
Attorney District of New Jersey,
970 Broad St. Suite-700 Newark, n.
Jersey 07102 and a Copy to Mr. with
a Copy to the Director, Federal
Bureau of Investigation, Co Agent
in Charge F.B.I. office,
Centre Place Newark n.J.
07102 and a Copy to Mr. John
Hoffman, Acting N.J. Attorney
General, State of N. Jersey,
P.O. Box. 112, 25 Market St. N.
Trenton, n. Jersey 08625 and with a
Copy to the Hon. Barack H.
Obama, President, of the United States-
and with a Copy to Mr.
Christie Governor, State of N.
Jersey P.O. Box-001 Trenton,
n. Jersey 08625 And Copy Kept by
Mr. Matthew Tucker Greystone
Greystone Hospital, Bahook,
Ave. Wing-E2, Morris Plains,
n. Jersey 07950...

Respectfully,
Mr. Matthew Tucker     (Senior)
Mr. Matthew Tucker Sr.

(5)

**Prisoner Litigation Office**

## U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 4/16/2015 at 10:43 AM EDT and filed on 4/16/2015
**Case Name:**       TUCKER v. MCKEE
**Case Number:**     2:15-cv-01376-CCC-JBC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**REOPENING CASE: The Clerk is in receipt of the re [9] Application to Proceed IFP filed on 4/10/2015 and hereby reopens the case for review by a Judicial Officer. (djn)**


**2:15-cv-01376-CCC-JBC Notice has been electronically mailed to:**

**2:15-cv-01376-CCC-JBC Notice will not be electronically mailed to::**

MATTHEW TUCKER
GREYSTONE PARK PSYCHIATRIC HOSPITAL
59 KOCH AVE. - WING - E - 2
MORRIS PLAINS, NJ 07950

CM/ECF LIVE - U.S. District Court for the District of New Jersey
Case 2:15-cv-04433-CCC Document 5 Filed 07/20/18 Page 9 of 10 PageID: 82
Page 1 of 1

PROSE,PS7

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:15-cv-01345-CCC-MF
## Internal Use Only

TUCKER v. HOFFMAN et al
Assigned to: Judge Claire C. Cecchi
Referred to: Magistrate Judge Mark Falk
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/24/2015
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil
Rights
Jurisdiction: Federal Question

## Plaintiff

**MATTHEW TUCKER**

represented by **MATTHEW TUCKER**
GREYSTONE PARK PSYCHIATRIC
HOSPITAL
59 KOCH AVE. - WING - E - 2
MORRIS PLAINS, NJ 07950
PRO SE

V.

**Defendant**

**Attorney General JOHN HOFFMAN**

**Defendant**

**Attorney General ERIC HOLDER**

**Defendant**

**Chief Judge JEROME SIMANDLE**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2015 | 1 | Complaint Received.(No filing fee or IFP received.) (seb) (Entered: 03/06/2015) |
| 03/18/2015 | 2 | APPLICATION to proceed IN FORMA PAUPERIS by MATTHEW TUCKER. (Attachments: # 1 Text of Proposed IFP Order)(DD, ) (Entered: 03/20/2015) |