united states District Court
newark

Docket #15-4433 in conjunction with Dockets 15-1345, 15-06337, 15-02465 and 15-1376 in conjunction with Docket #03-03493, 13-66 13-02287, 13-02437 13-4963 13-4973, 13-4975, 13-888 13-4829, 13-4417, 13-4134 and Docket 01-4414 in Petitioner pending and previous pending cases in Petitioner matthew tucker filed in this court united states District Court newark, 2001 through october 2015,

4th Petitioner matthew tucker Senior

RECEIVED
OCT - 9 2015
AT 8:30 ___M
WILLIAM T. WALSH, CLERK

this notice and notice motion for Petitioner Docket 15-4433 to accept as evidence [illegible] filing [illegible] Documents [illegible] September 28, 2015 [illegible] December [illegible] 2013 [illegible] 2015 [illegible] evidence [illegible] Federal Court [illegible] probable cause [illegible] matthew tucker Senior [illegible] constitutional [illegible] claim [illegible] filer Petitioner matthew tucker Senior, to proceed in

Docket# 15-4433 and 15-4447 [illegible] Writ of Habeas Corpus Petition for Relief [illegible] Claims [illegible] pursuant [illegible] 28 U.S.C. 1331 [illegible] 28 U.S.C. 2254 [illegible] 28 U.S.C. 2254(b)(1) and 28 U.S.C. 1651 [illegible] Petitioner for [illegible] mandamus [illegible] African [illegible] court [illegible] [illegible] named [illegible] [illegible] September 28, 2015 [illegible] Federal Constitutional [illegible] Bill and Civil and Fundamental Rights [illegible] 4/30/2015. Where [illegible] Federal and State Courts [illegible]

that [illegible] New Jersey Senator [illegible] have been released from prison [illegible] October [illegible] 2015 [illegible] have been released [illegible] have been in place [illegible] prosecution [illegible] constitutional rights [illegible] the United [illegible] September 28 2015 [illegible] other [illegible] the state of New [illegible] probable [illegible] prosecute [illegible] 1990 [illegible] Senator which [illegible] Senator [illegible] state [illegible] between [illegible] county [illegible] prosecution [illegible]

Matthew Tucker Senior between 10 October 22 23 1990 or April 16 1991 in Docket [illegible] 1990 violate Factually Federal Double Jeopardy [illegible] the Federal [illegible] [illegible] Matthew Tucker Senior [illegible] Fundamental Rights [illegible] Matthew Tucker Senior [illegible] [illegible] Docket [illegible] [illegible] 2015 [illegible] 2001 [illegible] [illegible] Matthew Tucker Senior in the cases herein cited on page (1) [illegible] in favor of Matthew Tucker Senior [illegible] Matthew Tucker Senior [illegible] person plaintiff petitioner claimant in all cases herein cited on page (1) one herein.

Pearson v. Callahan 129 S.Ct. 808 (2009) and Harlow v. Fitzgerald 457 U.S. 800 (1982) and 28 U.S.C. Statute 1331 and Haines v. Kerner and Howell v. Berger previously cited case law. And 42 U.S.C. Statute 1983 and Youngberg v. Romeo and Daugherty v. Winnebago Co. Dept of Social Services previously cited case law [illegible] Matthew Tucker Senior claims for relief [illegible] not the State of N. [illegible] (4)

# Certificate of Service

That the original Document with attachments has been furnished Mr. William T. Walsh Clerk Court United States District Court of Newark, New Jersey, 5 October 2015 with copy to Mr. Paul J. Fishman, United States Attorney [illegible] and Mr. James Comey F.B.I. Director, and Mr. John Hoffman Acting New Jersey Attorney General and copy kept by Mr. Matthew Tucker Senior, Greystone Hospital, 59 Koch Avenue, Wing-E2, Morris Plains, N.J. 07950 ...

Respectfully,

Mr. Matthew Tucker Senior

Mr. Matthew Tucker Senior

Superior Court 50 West Market Street
Newark
Docket# mb-431-90
and
United States District Court
Newark

in Docket#15-1376 in conjunction with Docket#15-1345 and Docket# 15-02465 and Docket#15-06337 and Docket#15-4433 and Docket#13-66 and Docket#01-4414 and Docket# 03-4417 and Docket#13-02437 and Docket#13-02287, 13-4829, 13-4963, 13-4973, 13-4975, 13-885, 13-4134 in reference matthew Trotter Skinner in state and federal courtrooms between September 1990 through September 9th, 2015 and counting......

notice and notice additional legal argument for state and federal courts jurisdictions to find probable cause civil and criminal to have judge Joseph C. Cassini III presiding judge in docket# mb-431-90 and the Hon Michael Chagares presiding judge in the cases filed here in reference matthew Trotter in the United States District Court Newark, in judges knowingly committing official misconduct and obstruction of justice by intentionally and unconstitutionally by

the authorities and state and federal judges to knowingly deny and refuse to protect matthew [illegible] other persons of his united states law protections and federal constitutional protections when the Hon. Joseph Cassini, III and [illegible] presiding [illegible] in docket [illegible]-431-90 with [illegible] state [illegible] interference [illegible] intentionally and purposefully with malice [illegible] deprived and denied matthew [illegible] other persons the federal constitutional rights to represent himself pro se before the court in docket [illegible]-431-90 in the superior court newark [illegible] legal document dated [illegible] 2015 with attachment [illegible] legal document dated December 5, 2013 filed in docket #13-4417 and docket #13-1166 and the notice [illegible] August 2015 legal document filed in docket [illegible]-431-90 and docket 15-1326 [illegible] conjunction and the therefore the August 2015 and December 5, 2013 legal documents herein attached and previously filed notices, legal arguments, motions, letters, petitions, notices of claims and supplemental complaints (claims) filed by matthew

Judge Sandler in the cases herein cited on page (1) one shows probable cause against and in named lawsuit named Respondents-Defendants by Matthew Tiestenson that the illegal and unconstitutional actions and criminal complaint against Respondents-Defendants between January 1998 through September 8, 2015 and continuing proves that the Hon. Joseph C. Cassini, III and the Hon. Claire C. Cecchi knowingly committed official misconduct and obstruction of justice and knowingly violated Matthew Tiestenson's United States Laws and federal law and federal constitutional and Bill of Civil and ... fundamental rights contrary to civil and criminal statutes to protect and shield the State of New Jersey and the United States Government employees from being held civilly and criminally liable and accountable even though these judges Cecchi and Cassini, III knew the files and records in referenced the cases herein cited had justified and proven that relief was warranted in

being granted in favor of Matthew Tucker Senior between January 1998 through September 8, 2015 and continuing and for these reasons the judges in State and Federal jurisdictions knowingly abused their authority to illegally deprive and deny Matthew Tucker Senior Due Process and Equal Protection of the law in the cases herein cited on page (1) one herein and because of the illegal and unconstitutional criminal acts being deliberately and knowingly committed by the Hon. Joseph C. Cassini, III not to timely allow Matthew Tucker Senior to exhaust state court remedies in reference. Also Matthew Tucker Senior federal law and federal constitutional claims raised between January 1998 through September 8, 2015 and continuing and the illegal and unconstitutional actions and inactions that Matthew Tucker Senior did and has complained against the Hon. Claire C. Cecchi in the cases herein cited on page (1) one clearly allows Matthew Tucker Senior to claim and allege that the State and Federal Court judges knowingly on behalf of the State of New Jersey and

the United States Government's did illegally and unconstitutionally subjected and caused Matthew Tucker Senior to suffer cruel and unusual punishment between January 1998 through September 8, 2015 and continuing contrary to the eighth amendment to the United States Constitution with deliberate indifference deliberately intentionally and purposefully with malice to illegally and unconstitutionally violating Matthew Tucker Senior (1st) First and (2nd) Second and (4th) fourth and (6th) Sixth and (8th) eighth and (14th) fourteenth Amendment Rights incorporated in the United States Constitution committing thereby obstruction of justice and official misconduct between January 1998 through September 8th 2015 and continuing in reference to the actions and inactions illegally and unconstitutionally taken and did and not did by the Hon. Joseph C. Cassini III and the Hon. Michael A. Chagares Judges of the United States Third Circuit Court of Appeals in Docket # 15-1161 through Docket # 15-1178 and Docket # 14-2661 and Docket # 14-4720 and Docket # 14-3623 and Docket # and

114-1883 through Docket 114-1845 and in the cases herein cited on page(s) one herein where Matthew Tucker Senior is the same Plaintiff, Petitioner, Appellant, Claimant in any cases herein cited this 8th day of September 2013 by Matthew Tucker Senior seeking and demanding immediate relief be granted sought by Matthew Tucker Senior in the cases herein cited on page(s) one where United States laws and federal constitution supercedes state laws and statutes and rules and therefore Matthew Tucker Senior seeks and demands relief in the cases herein cited on page(s) one pursuant to federal United States laws and federal constitution, a prima statute 1331 and Pearson vs. Callahan 129 S.Ct. 808 (2009) and Harlow vs. Fitzgerald, 457 U.S. 800 (1982) and College Hospital vs. Superior Court, 16 Cal. Rptr. 2d 833 (Cal. Ct. App. 1993). Failure to investigate allegations of misconduct and violations of federal and state laws may give rise to punitive damages claim and claims of hindering the prosecution of violators of Matthew Tucker Senior and other United

States Citizens Federal United States Law Rights and Federal Constitutional Rights. Moore v. Briggs, 381 F.3d 771 (4th Cir. 2004) and DeShaney v. Winnebago Co. Dept. of Social Services, 489 U.S. 189 (1989) and Youngberg v. Romeo, 457 U.S. 307 (1982) and Whereas because of the illegal and unconstitutional actions and inactions by the Hon. Claire C. Cecchi and the Hon. Joseph C. Cassini, III between January 1998 through September 8, 2015 and continuing subjected and deprived and Dennis Matthews Jr. Senior from being released from custody in the State of New Jersey, Department of Health and Human Services in Greystone Hospital for approximately (18) eighteen years and illegally and unconstitutionally deprived and denied of other civil and criminal relief that Matthews Jr. Senior had sought from the Hon. Claire C. Cecchi and the Hon. Joseph C. Cassini, III in the cases herein cited on page (1) one herein between January 1998 through September 8, 2015 and continuing. [illegible] Phila., 288 F.3d 57 (3d Cir. 2002) and

therefore Matthew Tucker Senior claims filed pursuant to 28 U.S.C. Statute 2254(b)(1) and 28 U.S.C. Statute 2254 and 28 U.S.C. Statute 1651 and 1361 and 28 U.S.C. Statute 1331 seeking relief against the State of New Jersey for failure to allow and afford Matthew Tucker Senior access to state court, Superior Court, in Docket No. MER-431-90 to exhaust state remedies, therefore Matthew Tucker Senior federal known as federal constitutional claims raised by Matthew Tucker Senior in Docket No. MER-431-90 between January 1998 through September 8th 2015 and continuing and therefore this federal court should grant Matthew Tucker Senior the federal and constitutional rights to proceed on petition for writ of habeas corpus in federal court as sought by Matthew Tucker Senior in the cases herein cited on page (1) one where applicable constitutional and legal. Marbury v. Madison, [illegible] 137 U.S. 800 (1888), 28 U.S.C. Statute 1331.

Certificate of Service

That the original Document has been furnished Mr. William T. Walsh, Clerk of Court, United States District Court, Newark, New Jersey and the Hon. Joseph C. Cassini, III, J.S.C., Superior Court, Newark, New Jersey with attachments Dated July 7, 2015, August 2015 and December 8, 2013 this 8th day of September 2015 copy to Ms. Loretta Lynch, U.S. Attorney General and Mr. James Comey, F.B.I. Director and Mr. John Hoffman, Acting New Jersey Attorney General and copy to Ms. Janet Monroe, Chief Executive Officer, Greystone Hospital and copy by Mr. Matthew Tucker Senior, Greystone Hospital, 59 Koch Ave., Wing-Ed, Morris Plains, N.J. 07950 [illegible] and copy to Governor Christopher Christie, State of New Jersey and President Barack H. Obama, United States

Respectfully,

Mr. Matthew Tucker Senior

Mr. Matthew Tucker Senior

Superior Court of New Jersey
Newark
Docket# mk-431-90
and
United States District Court
Newark
Docket# 15-1326 in conjunction with Docket# 13-4417, 13-66, 13-4134, 13-02787, 13-02437, 13-4829, 13-4963, 13-4973, 13-4975, 15-1345, 15-02445, 15-1345, 13-885 and 01-4414: in Reference Matthew Tucker Senior, in these Courts state and Federal jurisdictions...

August 9th, 2015

Notice and notice that Matthew Tucker Senior submitted his Petition for Writ of Habeas Corpus in the Superior Court of Newark, New Jersey in Docket# mk-431-90 on January 2013 and other motions, complaints, legal arguments and petitions and letters notices between January 1998 through August 9, 2015 and counting and between that time only (2) of Matthew Tucker Senior, prose applications were considered and ruled upon by the Hon. Joseph C. Cassini III in Docket# mk-431-90 on October 12, 2012 and November 18, 2013 and

Matthew Tucker Senior Re-File A Timely motion for Reconsideration of the orders & order by the Hon. Joseph C. Cassini, III on October 12, 2012 and November 18, 2013 in Docket # MT-431-90 and on August 2015 the Hon. Joseph C. Cassini, III has not Ruled on the motions for Reconsideration filed by Matthew Tucker Senior, in Docket # MT-431-90 and it has been over 1180 and eighteen years and counting and the Judges of the Superior Court has not Timely Ruled on any of Legal law claims that Matthew Tucker Senior or Raised in Docket # MT-431-90 between January 1998 through August 19, 2015 and therefore if the Superior Court Newark his/her Judge, Joseph C. Cassini, III Does not Rule on any Matthew Tucker Senior, Pro Se Claims, issues, Raised Complaints and motions, or Legal Arguments in Docket # MT-431-90 by August 14, 2015 this Federal Court should allow Matthew Tucker Senior to proceed on any claims Raised in Matthew Tucker Senior Pro Se Petition for Writ of Habeas Corpus filed in Docket # 01-4414 and Docket # 13-4417

Filed in United States District Court District of New Jersey Newark, N.J. through August 19, 2015, where Matthew Tucker Senior did file a timely motion for leave to file his petition for writ of habeas corpus dated September 29, 2014 filed by me with William T. Walsh, Clerk of Court United States District Court Newark, N.J. Jersey in Docket # 13-4417 on September 30, 2014 and as of August 19, 2015 the Federal District Court U.S. Newark, N.J. has not ordered the petition dated September 29, 2014 filed.

See attached copy of December 8, 2013 application filed in Docket # 13-4417 on Notice Docket # 13-6668 for on State and Federal courts to take notice that it has been over (18) eighteen years and counting since Matthew Tucker Senior begin challenging the prosecution and confinement, trial by the State of New Jersey of Matthew Tucker Senior in Docket # 95-231-90 and therefore claims that Matthew Tucker Senior and has raised against the State of N. Jersey

Deliberate failure to allow Matthew Jude Reisenauer to exhaust fundamental and other State Court Remedies in the State of New Jersey warrants this Federal Court to accept complete jurisdiction in reference Matthew Jude Reisenauer Federal Petition for Writ of Habeas Corpus filed in Docket #13-4417 pursuant to 28 U.S.C. Statute 2254(b)(1) and 28 U.S.C. Statute 2254 for Federal Courts immediate action and granting of relief in favor of Matthew Jude Reisenauer as sought in Docket #01-4414 and Docket #13-4417 and Docket #13-66 against Respondents-Defendants. Harlow v. Fitzgerald, 457 U.S. 800 (1982) and Pearson v. Callahan, 129 S. Ct. 808 (2009) and Malley v. Briggs and 28 U.S.C. Statute 1331 for Respondents-Defendants knowingly depriving and deliberately denying Matthew Jude Reisenauer his federal and federal constitutional protections and rights between September 1988 through August 2015 and continuing contrary

to civil and criminal federal statutes and laws of the united states... therefore relief should be granted Matthew Tucker-Senior pursuant to federal laws and federal constitution or these courts state or federal as a legal precedent in granting relief in favor of Matthew Tucker-Senior in this matter against Respondents-Defendants... and therefore Respondents-Defendants has not immunity protection from liability (suits). Following: Fitzgerald, 457 U.S. 800 (1982) and Pearson v. Callahan, 129 S.Ct. 808 (2009) and 28 U.S.C. Statute 1331

Certificate of Service

That the original pleadings has been furnished by the Hon. Joseph [illegible] [illegible], Judge Superior Court Newark, New Jersey and Mr. William T. Walsh, Clerk of Court, United States District Court, Newark, New Jersey this 9th day of August 2015 with copy to Hon. Loretta Lynch, U.S. Attorney General [illegible] the service [illegible] copy to Mr. James Comey, F.B.I. Director and Mr. John [illegible] Hoffman, Acting N.J. Attorney General and [illegible] [illegible], Chief Executive Officer of Greystone Hospital and copy kept by Mr. Matthew Tucker Senior, Greystone Hospital, [illegible] [illegible], Morris Plains, N.J. 07950.

Respectfully,

Mr. Matthew Tucker Senior

Mr. Matthew Tucker Senior.

United States District Court
Newark

No. 13-4417 on
Notice Docket # 13-46
December 5, 2013

Matthew Tucker
State of New Jersey, et al.

Notice and Supplemental to Matthew Tucker Pro Se Application Dated December 4th 2013 that Matthew Tucker submitted to the Court for consideration by the Court United States District Court Newark New Jersey and Supplemental Complaint of Pro Bono for Appointment of Counsel to Represent Matthew Tucker.

Statement

(a) Submitted Matthew Tucker [illegible] his Petition for Writ of Mandamus and Petition for Writ of Habeas Corpus to the United States District Court Newark New Jersey of December 5, 2013 and the [illegible] [illegible] Rules [illegible] of Matthew Tucker Pro Se of application which was on October 12 2012 and November 18, 2013 and Day of

(1)

December 5, 2013 the Hon. Joseph C. Cassini, III have not Ruled on no other motions and Complaints filed Petitioner submitted for Matthew Tucker pursuant to [illegible] violations [illegible] Harlow v. Fitzgerald, 457 U.S. 800 (1982) Contrary to Matthew Tucker Request for Timely adjudication of [illegible] matters placed before the Superior Court [illegible] have been approximately (16) sixteen years Matthew Tucker started challenging his Confinement and other matters in [illegible] Matthew Tucker Pro se motions, Complaints [illegible] and Petition for writ of mandamus and Petition for writ of habeas corpus and [illegible] supplemental [illegible] in the [illegible] court and the New Jersey Attorney General and the Public Defender [illegible] January 1999 up to December 5, 2013 and counting and For the previous and herein Reasons this court should grant all Relief sought by Matthew Tucker in favor of Matthew Tucker in reference all matters

placed before this Court in the causes cited by matthew Tucker on December 4, 2013.....

Certificate of Service

That the original pleadings has been furnished by me, wingate, county clerk, Cumberland County, District N.J., Docket no. 07101-0419 [illegible] December 2013 with copy to mr. Kevin O'Dowd, Assistant New Jersey Attorney General, P.O. Box-112, Trenton, New Jersey 08625 and copy to mr. Paul [illegible] Fishman, U.S. Attorney, O. [illegible] Offices for mr. Richard [illegible], U.S. Attorney General and copy filed by matthew Tucker, [illegible] [illegible] filed by me, wingate, [illegible], [illegible] [illegible] with copy to mr. [illegible] [illegible] [illegible] and copy to Hon. Joseph Cassidy, Jr....

Respectfully,

mr. matthew Tucker

mr. matthew Tucker

notice copy of July 19, 2013, Prose application was filed by matthew Tucker in Docket # 13-460....

Superior Court of New Jersey
Newark
Docket # MK-431-90

State of N. Jersey
vs.
Matthew Tucker Senior

July 7th, 2015

notice

notice is given this Court the Hon. Joseph C. Cassini III Superior Court Judge in Docket # MK-431-90 on notice the Hon. Patricia K. Costello Assignment Judge, Superior Court Newark N. Jersey on notice Mrs. Carolyn Murray Acting Essex County Prosecutor on notice Mr. Thomas McTigue and Mr. John Hoffman Acting New Jersey Attorney General [illegible] on notice Mr. Paul J. Fishman United States Attorney District of New Jersey on notice Mr. James Comey F.B.I. Director on notice all parties that Matthew Tucker Senior prove in Docket # 13-4417 has involved the United States

Federal Court pursuant to 28 U.S.C.
statute 2254(b)(1) against the
State of New Jersey Superior Court
Newark New Jersey failure and
illegal and unconstitutional
Refusal and Denial to allow
Matthew Tucker Senior to be
able to timely exhaust Federal
Law claims raised by Matthew
Tucker Senior on the grounds
that the State of New Jersey
violated Matthew Tucker Senior
Federal law and Federal
Constitutional and Bill and
Civil and Fundamental Rights
by illegally Arresting and
Prosecuting and Continuing
Matthew Tucker Senior between
September 1988 through [illegible]
2015 and Continuing in Docket [illegible]
4131-90 [illegible] Superior Court [illegible]
Docket # 4131-90 between
September 1988 through
[illegible] 2015 and Continuing.

where since
Matthew Tucker Senior have
presented viable and coherent
and meritorious claims against
Matthew Tucker Senior Appointed
Public Defenders of Record in
Docket # 4131-90 that they
illegally and unconstitutionally
afforded Matthew Tucker
Senior inadequate Assistance

of Counsel and Ineffective assistance of Counsel At Arrest, Pre-Trial and Trial and Post-Trial and Kroll Proceedings in Docket # MN-431-90 that Occurred in January 1990 through July 7, 2015 and continuing, being that Matthew Tufts Senior believes and knew because he was going to be incarcerated by State or Federal Court for the illegal and unconstitutional and unethical deprivation of liberty by the Public Defender and the State of New Jersey, Subjected to Matthew Tufts Senior to further in Docket # MN-431-90 between September 1988 through July 7, 2015 and Continuing, Matthew Tufts Senior had to take it upon himself to represent Matthew Tufts Senior Pro Se before this Court, Superior Court New Jersey in Docket # MN-431-90 and since the State of New Jersey has placed an illegal and unconstitutional Road Block to stop Matthew Tufts from obtaining representing Matthew Tufts Senior in Docket # MN-431-90 Pursuant to Paragraph (6) of Rule 3:22-24-7:11(2) which Matthew Tufts Senior has argued in Docket # MN-431-90 between January 1990 through July 7, 2015 and

[illegible]

United States District Court
of New Jersey in the matter of the
[illegible] Docket 13-4417 and the
[illegible] 01-4414 between
[illegible] 2001 through July 7, 2015
[illegible] petition for writ of habeas
[illegible] petition for writ of
mandamus and prohibition and the
interference of the Hon.
Joseph C. Cassini, III and the past
Superior Court judges who have and are
presiding over docket
MR-431-90 who have illegally and
unconstitutionally and
unethically denied and deprived
[illegible] [illegible] rights
federal constitutional rights
to be able to exhaust state
[illegible] state court remedies
or relief which the state of
New Jersey courts and the
public defender knowingly
conspired together
[illegible] [illegible] to deter
[illegible] from [illegible] [illegible]
[illegible] relief sought to
[illegible] [illegible] or prove
[illegible] docket MR-431-90
between January 1990
through July 7, 2015 and the
[illegible] [illegible] [illegible]
[illegible] [illegible] criminal [illegible]
[illegible] [illegible] the
Superior Court [illegible]
[illegible] in docket MR-431-90
between January 1990
through July 7, 2015 and the

complaint how contrary to Matthew Tirpak Senior federal [illegible] federal constitutional [illegible] civil [illegible] violation [illegible] rights [illegible] decision [illegible] Matthew Tirpak Senior federal [illegible] Matthew Tirpak Senior [illegible] where Matthew Tirpak Senior federal law [illegible] against the state of New Jersey pursuant to [illegible] statute 2254(b)(1) [illegible] Docket [illegible] 01-4414 [illegible] 13-4417 [illegible] Matthew Tirpak Senior [illegible] reasons for not exhausting state [illegible] remedies for relief before seeking federal court [illegible] relief should be [illegible] herein [illegible] Court [illegible] Superior Court Newark New Jersey [illegible] the parties named on [illegible] herein this [illegible] constitutional deprivation the state of New Jersey in the the public defenders have unlawfully caused Matthew

Tucker Senior to suffer unwarranted illegal confinement, illegal forcing Matthew Tucker Senior to be injected with psychotropic drugs and other unwanted medical procedures [illegible] inadequate assistance of counsel and ineffective [illegible] assistance of counsel and failure [illegible] denial and refusal by [illegible] government [illegible] employees [illegible] not to [illegible] rights [illegible] Tucker [illegible] legal rights to be protected from imminent harm and continuous imminent harm in the State of New Jersey and the United States, citing Youngberg vs. Romeo, and DeShaney vs. Winnebago Co. Dept. of Social Services and Harlow vs. Fitzgerald 457 U.S. 800 (1982) and Pearson vs. Callahan 129 S.Ct. 808 (2009). Once Matthew Tucker Senior liberty was taken away by the State of New Jersey [illegible] 4-131-9 [illegible] September 1988 through July 7 2015 and continuing. 28 U.S.C. Statute 1331.

Therefore notice is given that mathew toole petitioner petitions herein civil notice is given in that the pleadings of Docket 13-4417 and 15-4433 and Docket 01-4414 pleadingly should in appeal this federal court show and demonstrate mathew toole petitioner petition pursuant to the reasons aforesaid and given in process mathew Richard Toole herein and in Docket 13-4417 and Docket 01-4414 and 13-446 and 13-02437 and 13-02787 pursuant to 28 U.S.C. statute 2254 and 2254(b)(1) and 28 U.S.C. statute 1331 et al., Harlow v. Fitzgerald, 457 U.S. 800 (1982) and Pearson v. Callahan, 129 S.Ct. 808 (2009). Youngberg v. Romeo, 457 U.S. 307 (1982) and DeShaney v. Winnebago Co. Dept. of Social Services, 489 U.S. 189 (1989) and Moore v. Briggs, 381 F.3d 771 (8th Cir. 2004).

The public defenders and the state conspirators knowingly unconstitutionally illegally deprive and denied and violated mathew Richard Toole due process and equal protection of the law and right to redress in Docket 15-4433 between 2015 and continuing.

Certificate of Service

That the original notice has been furnished the Honorable [illegible] Superior Court [illegible] West Market St. [illegible] Newark [illegible] 07102 and copy to [illegible] Attorney General [illegible] Director [illegible] Hoffman Acting New [illegible] General [illegible] Supreme Court [illegible] Mr. Matthew [illegible] Senior [illegible]

Respectfully,

Mr. Matthew Tucker Senior

Mr. Matthew Tucker Senior