United States District Court
Newark

Docket # 15-4433, Consolidation with Docket #
15-02465, 15-1345, 15-1324,
15-06337, 13-46, 13-4134, 13-02787,
13-02437, 13-4829, 13-4963,
13-4973, 13-4975, 13-885,
13-4417, and 03-03493 and 12
01-44114, in Reference
Matthew Tucker, AKA Matthew Tucker Jr, or in this Court
Cases Filed between July 3, 2001
through October 23, 2015.

Notice and notice supplemental motion for this Court, Federal Court of Competent legal, political and constitutional authority to grant this original and supplemental motion for this Court (Federal) to place a civil and criminal hearing on Bond property [illegible] and treasury [illegible] of the United States [illegible] and the [illegible] government to make sure that this Federal Court grants the relief that Matthew Tucker Senior has and is seeking, because the case has been filed on [illegible] has been starting first with Docket # 15-4433, 13-4417, 15-1376, 01-44114, warrant, this Federal Court granting the motion

alleged monetary relief against the [illegible]
[illegible]
Respondents-Defendants in
the cases herein cited on page (1)
one herein [illegible]
[illegible]
shall be able to [illegible]
probable cause that [illegible]
[illegible]
[illegible] viable [illegible]
legible and meritorious
claims in the cases herein
cited on page (1) one against
the State of New Jersey [illegible]
between [illegible] through
October 23 [illegible] counting
in complaints [illegible]
petitions for writ of habeas
corpus and mandamus and
prohibition, letters, notices,
[illegible]
supplementals to [illegible]
[illegible]
[illegible]
the case herein cited on
page (1) one herein and
therefore [illegible]
[illegible] one lump
sum [illegible] payment against
[illegible]
Respondents-Defendants
[illegible]
in the amount of
$20,000,000,000,000,000.00
separately against the
State of New Jersey and

United States Government employees for egregiously denying and depriving mailing [illegible] United States [illegible] senior [illegible] federal law and [illegible] Bill [illegible] fundamental rights between January 1983 through October 23, 2015 and counting contrary to civil and also criminal federal statutes where applicable to non and named respondents [illegible] in all cases [illegible] and accountable [illegible] federal court [illegible] January 1983 through October 23, 2015 and counting.

Pearson v. Callahan, 129 S.Ct. [illegible] (2009) and [illegible] 153 [illegible] (1988) and 28 U.S.C. [illegible] 2254 and 28 U.S.C. [illegible] 2241(c)(3) and 28 U.S.C. 1331 [illegible] without [illegible] probable cause [illegible]

[illegible] 01-2414 and [illegible] 13-4417 and [illegible] October 23, 2015 [illegible]

(4)

(illegible handwritten text)

Youngberg vs. Romeo, 457 U.S. 307 (1982) and Deshaney vs. Winnebago Co. Dept. of Social Services, 489 U.S. 189 (1989) and Ziccardi vs. City of Philadelphia, 288 F.3d. 57 (3d. Cir. 2002) and Moore vs. Briggs, 381 F.3d. 771, (8th Cir. 2004). The Plaintiff, Matthew Tucker Senior claims and asserts that Respondents, Defendants named and sought named in the cause herein under on page one herein did knowingly with deliberate indifference purposefully and also intentionally attempted and did inflict or cause serious mental and also physical harm to Matthew Tucker Senior between September 1988 through October 23, 2015 and counting to attempt to frustrate the prosecution of Respondents Defendants by Matthew Tucker Senior between January 1992 through October 23, 2015 and counting....

College Hospital vs. Superior Court, 16 Cal. Rptr. 2d. 833 (Cal. Ct. App. 1993) failure to investigate allegations of misconduct and massive ... for punitive damages claim. Harlow vs. Fitzgerald, 457 U.S. 800 (1982)

# Certificate of Service

That the original notice and pleadings has been furnished Mr. William T. Walsh, Clerk of Court, United States District Court, District of New Jersey in Newark, New Jersey this 23 day of October 2015 with copy to the Hon. Barack H. Obama, President, U.S. of America and the Hon. Christopher Christie, Governor of the State of New Jersey and Ms. Loretta Lynch, U.S. Attorney General and Mr. James Comey, F.B.I. Director and and the Hon. Stuart Rabner, Chief Justice New Jersey Supreme Court and Mr. John Hoffman, Acting New Jersey Attorney General and copy to Dr. Michelle Theophile, Psychiatrist, Wing-E2, Greystone Hospital and copy sent by Mr. Matthew Tucker Senior A/K/A Mr. Matthew Tucker Greystone Hospital 59 Koch Avenue, Wing-E2 Morris Plains, N.J. 07950 and Ms. Alicia Tucker Hudson, Daughter of Matthew Tucker Senior.

Mr. Matthew Tucker Senior

Mr. Matthew Tucker Senior
Respectfully



GREYSTONE PARK PSYCHIATRIC HOSPITAL
59 KOCH AVE.
MORRIS PLAINS, NJ 07950